**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **CIVIL ACTION NO.:  6:24-cv-00498-ADA-DTG** |
| **HEART OF TEXAS GOODWILL INDUSTRIES, INC.,** | ) ) | |
| **Defendant.** | ) ) | |

**AMENDED JOINT ADVISORY TO THE COURT REGARDING
SETTLEMENT STATUS**

Plaintiff Equal Employment Opportunity Commission and Defendant Heart of Texas Goodwill Industries, Inc., (collectively, "Parties") hereby file this joint advisory to the Court. The parties have reached a tentative agreement on the terms of a Consent Decree and are in the process of finalizing this document for submission to the Court. The Parties will submit a Joint Motion to Enter Consent Decree by April 7, 2025.

Respectfully submitted,

**FOR THE PLAINTIFF, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

ALEXA R. LANG
Trial Attorney
Texas State Bar No. 24105356
E-mail:  alexa.lang@eeoc.gov

/s/Adriana G. Rodriguez
ADRIANA G. RODRIGUEZ
Trial Attorney
Texas State Bar No. 24071467

**FOR DEFENDANT, HEART OF TEXAS GOODWILL INDUSTRIES, INC.**

/s/ Peter K. Rusek, by permission
_____
PETER K. RUSEK
Texas State Bar No. 17400400
E-Mail: prusek@slm.law

**SHEEHY, LOVELACE & MAYFIELD, P.C.**
510 N. Valley Mills, Suite 500
Waco, TX 76710
Telephone: (254) 772-8022
Facsimile: (254) 772-9297

E-mail:  adriana.rodriguez@eeoc.gov

**U.S. EQUAL EMPLOYMENT**
**OPPORTUNITY COMMISSION**
San Antonio Field Office
5410 Fredericksburg Road, Suite 200
San Antonio, Texas 78229-3555
Telephone: (210) 640-7542
Facsimile: (210) 281-7669